# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| JAMES BRIAN CHAPPELL, #1003411, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | 3:04-CV-2576-N |
| | ) | (consolidated with |
| DOUGLAS DRETKE, Director, Texas | ) | 3:04cv2747-N) |
| Department of Criminal Justice, | ) | |
| Correctional Institutions Division, | ) | |
|     Respondent. | ) | |

## ORDER

After making the independent review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions and Recommendation of the Magistrate Judge are ADOPTED.

Signed September 26, 2005.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE